STATE OF NEW JERSEY v. WILLIAM EARL CARTER.

July 22, 1974. Petition for certification denied.

TAXPAYERS ASSOCIATION OF WEYMOUTH TOWNSHIP v. WEYMOUTH TOWNSHIP.

July 22, 1974. Petition for certification granted.

NATIONAL FREIGHT INC v. ALFRED D. PATTERSON.

July 22, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS CARROLL.

July 22, 1974. Petition for certification granted. (See 128 *N. J. Super.* 234)

CARL LEVINE v. CHARLES R. SEIDEL.

July 22, 1974. Petition for certification denied. (See 128 *N. J. Super.* 225)

SHIRLEY MAY CRAWFORD v. INTERNATIONAL PAPER COMPANY.

July 22, 1974. Petition for certification denied.